# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA NELSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>KOHL'S INC., et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00786-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by the Court's order (Docket No. 5) and Local Rule 26-1(a). A joint discovery plan must be filed by June 20, 2025.

    IT IS SO ORDERED.

    Dated: June 16, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge