J Christopher Jorgensen, Esq., NV Bar No. 5382
Zaydee R. Stemmons, Esq., NV Bar No. 16991
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Chris.Jorgensen@wbd-us.com
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant KONE Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA NELSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S INC., a Delaware Corporation doing business as KOHL's; KONE INC., a Delaware Corporation; DOES I – V; and ROE Corporations, inclusive,<br><br>Defendants. | Case No.  2:25-cv-00786-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff Veronica Nelson ("Plaintiff"), Defendant Kohl's Inc. d/b/a Kohl's ("Kohl's"), and Defendant KONE Inc. ("KONE") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of all claims in their entirety of Plaintiff Veronica Nelson against Kohl's and KONE, and all Cross-claims of Kohl's against KONE, with prejudice, with each party to bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

4915-0402-2858.2

**IT IS SO STIPULATED.**

DATED this 17th day of July, 2025.

| BENSON ALLRED | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Joshua L. Benson* | */s/ J Christopher Jorgensen* |
| Joshua L. Benson, Esq. | J Christopher Jorgensen, Esq. |
| NV Bar No. 10514 | NV Bar No. 5382 |
| 333 N. Rancho Drive, Suite 420 | Zaydee R. Stemmons, Esq. |
| Las Vegas, Nevada 89106 | NV Bar No. 16991 |
| | 3993 Howard Hughes Parkway, Suite 600 |
| *Attorneys for Plaintiff Veronica Nelson* | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant KONE Inc.* |

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Yilmaz E. Turkeri*
Josh Cole Aicklen, Esq.
NV Bar No. 7254
David B. Avakian, Esq.
NV Bar No. 9502
Yilmaz E. Turkeri, Esq.
NV Bar No. 15468
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Kohl's Inc.*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: July 18, 2025